**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **CASE NO.  7:99-CR-16-HL** |
| | : | |
| **CHRISTOPHER LANCE LOVETT,** | : | |
| | : | |
| **Defendant** | : | |
| _____ | : | |

## <u>ORDER</u>

After consideration of the Motion by the United States of America and the statements of fact contained therein, in accordance with the authority of 18 U.S.C § 3612(f)(3)(A) and § 3612(h) ,

IT IS HEREBY ORDERED, that the current interest and all future interest be waived in this matter.

SO ORDERED, this 7th day of October, 2008.


*s/  Hugh Lawson*

HUGH LAWSON, Judge